968

No. 332, Misc.  SIMMONS *v.* HUNTER, WARDEN; and
No. 350, Misc.  McMAHAN  *v.*  HUNTER,  WARDEN.
C. A. 10th Cir.  Certiorari denied.  *Howard F. McCue*
for petitioner in No. 332, Misc.  *Charles E. Dierker* for
petitioner in No. 350, Misc.  *Solicitor General Perlman,
Assistant Attorney General McInerney* and *Robert S.
Erdahl* for respondent.

No. 339, Misc.  SPENCER  *v.*  RIDGE, U.  S.  DISTRICT
JUDGE.  C. A. 8th Cir.  Certiorari denied.

No. 340, Misc.  THOMPSON *v.* RAGEN, WARDEN;
No. 341, Misc.  SHERMAN *v.* RAGEN, WARDEN; and
No. 342, Misc.  LEWIS *v.* RAGEN, WARDEN.  Criminal
Court of Cook County, Illinois.  Certiorari denied.

No. 349, Misc.  DAVISON *v.* UNITED STATES.  C. A. 8th
Cir.  Certiorari denied.

No. 353, Misc.  DARMAN *v.* NEW YORK.  Court of Ap-
peals of New York.  Certiorari denied.  Petitioner *pro
se.  Nathaniel L. Goldstein,* Attorney General of New
York, *Wendell P. Brown,* Solicitor General, and *Herman
N. Harcourt* and *George A. Radz,* Assistant Attorneys
General, for respondent.

No. 357, Misc.  BARKER *v.* UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.

No. 379, Misc.  JACKSON *v.* HIATT, WARDEN.  C. A. 5th
Cir.  Certiorari denied.

No. 384, Misc.  SMITH *v.* RAGEN, WARDEN.  Circuit
Court of Will County, Illinois.  Certiorari denied.